IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PARALLEL IRON, LLC,<br><br>     Plaintiff,<br><br>          v.<br><br>LSI CORPORATION,<br><br>     Defendant. | C.A. No. 12-767-RGA |

## ORDER OF DISMISSAL WITH PREJUDICE

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal With Prejudice of all claims and counterclaims asserted between plaintiff Parallel Iron, LLC, and defendant LSI Corporation, in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit between plaintiff Parallel iron, LLC, and defendant LSI Corporation, are hereby dismissed with prejudice, subject to the terms of that certain agreement entitled **"SETTLEMENT AND LICENSE AGREEMENT"** and dated November 21, 2012.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

The Honorable Richard G. Andrews
United States District Judge